424 A.2d 541

Commonwealth v. Jones, M., Appellant.

Submitted March 23, 1979. Alan L. Butkovitz, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

424 A.2d 541

Commonwealth v. Kilpatrick, Appellant.

Submitted March 23, 1979. Stanley M. Vasiliadis, for appellant; Anthony Blasco, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.